**Joann BERGER, Relator,**

v.

**IRISHMAN'S SHANTY and State Fund Mutual Insurance, Respondents,**

and

**The Special Compensation Fund, intervenor, Respondent.**

No. C5–97–794.

Supreme Court of Minnesota.

June 27, 1997.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed March 28, 1997, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

BY THE COURT:
/s/ Paul H. Anderson
Paul H. Anderson
Associate Justice

John A. Winters, Crookston, for Relator, Joann Berger.

Elise Colosey-Vollbrecht, Lynn Scharfenberg & Associates, Eden Prairie, for Respondent, Irishman's Shanty and State Fund Mutual Insurance.

Office of Attorney General, Labor Division, St. Paul, for Intervenor, The Special Compensation Fund.